| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| | Nevada Bar No. 12503 |
| 2 | **CLARK HILL PLLC** |
| | 3800 Howard Hughes Drive, Suite 500 |
| 3 | Las Vegas, Nevada 89169 |
| | E-mail: jthompson@clarkhill.com |
| 4 | Telephone: (702) 862-8300 |
| | Facsimile: (702) 862-8400 |
| 5 | *Attorney for Defendant* |
| 6 | *Equifax Information Services LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL POLIS, ) Case No. 2:19-cv-02010-RFB-EJY
)
Plaintiff, )
)
vs. )  **JOINT MOTION FOR EXTENSION OF**
)  **TIME FOR DEFENDANT EQUIFAX**
EQUIFAX INFORMATION SERVICES LLC; )  **INFORMATION SERVICES LLC TO**
CMS ENERGY, INC D/B/A ENERBANK, )  **FILE ANSWER**
USA, )
)  **FIRST REQUEST**
Defendants. )

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 12, 2019, through and including **December 20, 2019**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

/ / /

/ / /

/ / /

Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 12TH day of December, 2019.

| | |
|---|---|
| CLARK HILL PLLC | <u>***No opposition***</u> |
| By: /s/ Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 13, 2019